FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 2 5 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:12-cr-289-JCM-PAL |
| TYRONE DAVIS, | |
| Defendant. | ORDER |

On September 25, 2012, the court granted Rebecca Rosenstein's sealed "Ex Parte Motion to Withdraw as Counsel for Defendant" (#15), and new counsel was ordered appointed.

Therefore, with good cause appearing;

IT IS HEREBY ORDERED that Karen A. Connolly, Esq. is appointed as counsel for Tyrone Davis in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Ms. Connolly forthwith.

DATED this _25th_ day of September, 2012.

Nunc Pro Tunc Date: September 20, 2012.

PEGGY A. LEEN
United States Magistrate Judge