1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                          **DISTRICT OF NEVADA**
6
7   UNITED STATES OF AMERICA,          )        Case No. 2:12-CR-00289-JCM-PAL
                                       )
                        Plaintiff,     )
8                                      )
    vs.                                )        **ORDER**
9                                      )
    TYRONE DAVIS,                      )
10                                     )
                        Defendant.     )
11  _____   )

12          Presently before the court is Magistrate Judge Leen's Report and Recommendation that

13  defendant Tyrone Davis' Motion to Suppress Evidence (doc. # 31) be denied. (Doc. # 33).

14  Defendant had up to, and including May 10, 2013, to file objections. To date, no objections have

15  been filed.

16          This court "may accept, reject, or modify, in whole or in part, the findings or

17  recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Where a party timely

18  objects to a magistrate judge's report and recommendation, then the court is required to "make a

19  de novo determination of those portions of the [report and recommendation] to which objection

20  is made." *Id.*

21          Where a party fails to object, however, the court is not required to conduct "any review at

22  all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149

23  (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a

24  magistrate judge's report and recommendation where no objections have been filed. *See United*

25  *States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review

26  employed by the district court when reviewing a report and recommendation to which no objects

27  were made); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003) (reading

28  the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not

required to review "any issue that is not the subject of an objection."). Thus, if there is no objections to a magistrate judge's recommendation, then this court may accept the recommendation without review. *See, e.g., Johnstone*, 263 F.Supp.2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no object was filed).

Nevertheless, this court finds it appropriate to engage in a de novo review to determine whether to adopt the recommendation of the magistrate judge. Upon reviewing the defendant's motion to suppress, the government's response,[1] and the magistrate's report–this court finds good cause to adopt the magistrate's findings in full.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the report and recommendation of Magistrate Judge Leen (doc. # 33) be, and the same hereby is, ADOPTED in its entirety.

IT IS FURTHER ORDERED that defendant Davis' Motion to Suppress Evidence (doc. # 31) be, and the same hereby is, DENIED.

DATED this 20th day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE

1 Defendant did not file a reply.